UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOZORGMEHR S., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Commissioner of Social Security, <br><br> Defendant. | Case No.: 22-cv-1946-DEB <br><br> **ORDER GRANTING APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPARYING FEES OR COST** <br><br> **DKT. NO. 2** |

Before the Court is Plaintiff Bozorgmehr S.'s Application to Proceed in District Court Without Prepaying Fees or Costs ("Application"). Dkt. No. 2. A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all assets, showing inability to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981). An affidavit is sufficient if it shows the applicant cannot pay the fee "and still be able to provide [applicant] and dependents with the necessities of life." *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 203 (1993) (internal quotations omitted).

/ /

Here, Plaintiff's Application states Plaintiff is unemployed and Plaintiff's only income is $280.00 per month in food stamps. Dkt. No. 2 at 2. Plaintiff's assets total $151, including cash and checking accounts. *Id.* at 2–3. Plaintiff lives with family. *Id*. at 4. Plaintiff's monthly expenses equal Plaintiff's monthly income. *Id*. at 4, 5.

Based on the foregoing, the Court finds Plaintiff has established a lack of financial resources to pay the filing fee. Accordingly, Plaintiff's Application is **GRANTED**.

**IT IS SO ORDERED**.

Dated: February 8, 2023

Honorable Daniel E. Butcher
United States Magistrate Judge